IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                              3:08CV107 - LC/EMT

v.

WILLIE P. BRAMLET,

    Defendant.

_____/

## DEFAULT JUDGMENT

The complaint in the above action was filed in this Court on March 13, 2008, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on May 16, 2008.

By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $6,273.93 (Defendant owes Plaintiff the principal sum of $2,725.68, interest of $3,198.25 accrued through January 14, 2008, plus accruing interest at the annual rate of 8.17% as set forth in the Certificate of Indebtedness prepared by the Department of Education; and $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2)).

DONE and ORDERED this 18th day of November, 2008.

                                                        s/*L.A. Collier*
                                                        LACEY A. COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE